NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE GOOGLE INC.,**
*Petitioner.*

---

2014-152

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-893, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of the parties' September 24, 2014 letters stating that the petition is moot,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30